# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **ANTHONY STRIBLING, #413816** | § | |
| VS. | § | CIVIL ACTION NO. 5:11cv201 |
| **S. DERAMCY, ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Anthony Stribling, Jr., an inmate confined at the Telford Unit of the Texas prison system, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. The Plaintiff's allegations of life endangerment have no relationship to his claims against the Defendants in order to trigger the exception to § 1915(g). Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

1

**ORDERED** that the Plaintiff's motion to proceed *in forma pauperis* (docket entry #4) is **DENIED**. The Plaintiff may resume the lawsuit if he pays the entire filing fee of $350 within thirty days after the entry of the Final Judgment. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED this 14th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE